IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM DEAN PHILLIPS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-08-1248-M |
| | ) | |
| GREG WILLIAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On August 18, 2009, United States Magistrate Judge Gary M. Purcell issued a Supplemental Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus be denied. The parties were advised of their right to object to the Report and Recommendation by September 8, 2009. Petitioner applied for and received several extensions of time to file his objection. On January 5, 2010 and January 11, 2010, petitioner filed objections.

Upon de novo review, the Court:

(1) ADOPTS the thorough and well-reasoned Supplemental Report and Recommendation issued by the Magistrate Judge on August 18, 2009;

(2) DENIES the Petition for Writ of Habeas Corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 13th day of January, 2010.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE